**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Willie D. Prince** | Social Security number or ITIN | **xxx–xx–9407** |
| | First Name  Middle Name  Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Matearia L. Prince** | Social Security number or ITIN | **xxx–xx–6205** |
| | First Name  Middle Name  Last Name | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **18–20273–GLT**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Willie D. Prince
aka William D. Prince

Matearia L. Prince
fka Matearia L. Blair

5/30/18

**By the court:** Gregory L. Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-20273-GLT
Willie D. Prince                                                        Chapter 7
Matearia L. Prince
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin            Page 1 of 2            Date Rcvd: May 30, 2018
                              Form ID: 318           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db          +Willie D. Prince,    100 Saint Joseph Drive, Apt. 310,    Wilmerding, PA 15148-1178
jdb         +Matearia L. Prince,    100 Saint Joseph Drive, Apt. 310,    Wilmerding, PA 15148-1178
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14764189    +ACBA Federal Credit Union,    307 4th Avenue,    Pittsburgh, PA 15222-2113
14764190    +Allegheny County Bar Association FCU,    307 4th Avenue,    Pittsburgh, PA 15222-2108
14779309    +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
14764191    +American Education Services,    PO Box 61047,    Harrisburg, PA 17106-1047
14764193    +Comcast Cable,    c/o RUI Credit Services,    PO Box 1349,    Melville, NY 11747-0421
14779314    +Crunch Monroeville,    4049 William Penn Hwy,    Monroeville, PA 15146-2504
14764194    +Direct Loan Servicing,    P.O. Box 5609,    Greenville, TX 75403-5609
14764195     Dollar Bank,    Three Gateway Center,    Pittsburgh, PA 15222
14779317    +Erie Insurance,    301 Commonwelath Drive,    Warrendale, PA 15086-7508
14764196     Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
14779326    +Progressive Insurance,    6300 Wilson Mills Road,    Cleveland, OH 44143-2182
14779330     Synchrony Finance Company,    PO Box 965060,    Attn: Bankruptcy,    Orlando, FL 32896-5060
14764204    +Target,    c/o TD Bank,    PO Box 1470,    Minneapolis, MN 55440-1470
14764206    +US Dept of Education,    2401 International Drive,    PO Box 7859,    Madison, WI 53707-7859
14764205    +Universal Acceptance Corporation,    c/o NCB Management Services,    1 Allied Drive,
              Trevose, PA 19053-6945
14764208    +Verizon,    c/o Debt Recovery Solutions,    6800 Jericho Turnpike, Suite 113E,
              Syosset, NY 11791-4401
14779339    +Western Pennsylvania Hospital,    4800 Frienship Avenue,    Attn: Billing,
              Pittsburgh, PA 15224-1793
14779340     Wilkinsburg Borough,    c/o Berkheimer Tax Administrator,    P. O. Box 912,
              Bangor, PA 18013-0912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2018 02:25:05     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA   17128-0946
cr          +E-mail/Text: kburkley@bernsteinlaw.com May 31 2018 02:26:16     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
14764192    +EDI: RESURGENT.COM May 31 2018 05:53:00     Capital One Bank,
              c/o LVNV Funding & Resurgent Capital,    PO Box 1269,    Greenville, SC 29602-1269
14779318    +E-mail/Text: bankruptcy@erieinsurance.com May 31 2018 02:26:20     Erie Insurance,
              100 Erie Insurance Place,    Erie, PA 16530-9000
14764197    +EDI: AMINFOFP.COM May 31 2018 05:53:00     First Premier Bank,    3820 North Louise Avenue,
              Sioux Falls, SD 57107-0145
14764198     EDI: GLS.COM May 31 2018 05:53:00     Global Lending Services,    PO Box 10437,
              Greenville, SC 29603
14779322     EDI: IRS.COM May 31 2018 05:53:00     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
14764199    +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com May 31 2018 02:26:30
              JH Portfolio Debt,    5757 Phantom Dr #225,    Hazelwood, MO 63042-2429
14764200    +EDI: RMSC.COM May 31 2018 05:53:00     Midas Car Care,    c/o Synchrony Bank,    PO Box 965001,
              Orlando, FL 32896-5001
14764201    +EDI: PRA.COM May 31 2018 05:53:00     Portfolio Recovery,    120 Corporate Blvd, Suite 100,
              Norfolk, VA 23502
14764993    +EDI: PRA.COM May 31 2018 05:53:00     PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14779328     EDI: NEXTEL.COM May 31 2018 05:53:00     Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
14764202    +EDI: RMSC.COM May 31 2018 05:53:00     Sam’s Club,    c/o Synchrony Bank,    PO Box 965005,
              Orlando, FL 32896-5005
14764203    +EDI: PRA.COM May 31 2018 05:53:00     Synchrony Bank,    c/o Portfolio Recovery,
              120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502-4952
14779331     EDI: AISTMBL.COM May 31 2018 05:53:00     T-Mobile,    T-Mobile Bankruptcy Team,    PO Box 53410,
              Bellevue, WA 98015-3410
14779335    +E-mail/Text: BankruptcyNotice@upmc.edu May 31 2018 02:25:57     UPMC Shadyside,
              2 Hot Metal Street, #386,    Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Global Lending Services LLC
14779311        Amina Martin,    Unknown
14779333        Teinise Moultrie,    Unknown

```
District/off: 0315-2           User: admin               Page 2 of 2            Date Rcvd: May 30, 2018
                               Form ID: 318              Total Noticed: 37

cr*              +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14779307*        +ACBA Federal Credit Union,    307 4th Avenue,    Pittsburgh, PA 15222-2113
14779308*        +Allegheny County Bar Association FCU,    307 4th Avenue,    Pittsburgh, PA 15222-2108
14779310*        +American Education Services,    PO Box 61047,    Harrisburg, PA 17106-1047
14779312*        +Capital One Bank,    c/o LVNV Funding & Resurgent Capital,    PO Box 1269,
                   Greenville, SC 29602-1269
14779313*        +Comcast Cable,    c/o RUI Credit Services,    PO Box 1349,    Melville, NY 11747-0421
14779315*        +Direct Loan Servicing,    P.O. Box 5609,    Greenville, TX 75403-5609
14779316*         Dollar Bank,    Three Gateway Center,    Pittsburgh, PA 15222
14779319*         Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
14779320*        +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
14779321*       ++GLOBAL LENDING SERVICES LLC,    C O RESURGENT CAPITAL SERVICES,    55 BEATTIE PLACE,    STE 110,
                   GREENVILLE SC 29601-5115
                 (address filed with court: Global Lending Services,     PO Box 10437,    Greenville, SC 29603)
14779323*        +JH Portfolio Debt,    5757 Phantom Dr #225,    Hazelwood, MO 63042-2429
14779324*        +Midas Car Care,    c/o Synchrony Bank,    PO Box 965001,    Orlando, FL 32896-5001
14779325*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     120 Corporate Blvd, Suite 100,
                   Norfolk, VA 23502)
14779327*         Sam’s Club,    c/o Synchrony Bank,    PO Box 965005,    Orlando, FL 32896-5005
14779329*        +Synchrony Bank,    c/o Portfolio Recovery,    120 Corporate Boulevard, Suite 100,
                   Norfolk, VA 23502-4952
14779332*        +Target,    c/o TD Bank,    PO Box 1470,    Minneapolis, MN 55440-1470
14764207*        +US Dept of Education,    2401 International Drive,    PO Box 7859,    Madison, WI 53707-7859
14779336*        +US Dept of Education,    2401 International Drive,    PO Box 7859,    Madison, WI 53707-7859
14779337*        +US Dept of Education,    2401 International Drive,    PO Box 7859,    Madison, WI 53707-7859
14779334*        +Universal Acceptance Corporation,    c/o NCB Management Services,    1 Allied Drive,
                   Trevose, PA 19053-6945
14779338*        +Verizon,    c/o Debt Recovery Solutions,    6800 Jericho Turnpike, Suite 113E,
                   Syosset, NY 11791-4401
                                                                                              TOTALS: 3, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          James Warmbrodt    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
          Kenneth Steidl    on behalf of Joint Debtor Matearia L. Prince julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Kenneth Steidl    on behalf of Debtor Willie D. Prince julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```